

FILED
CLERK, U.S. DISTRICT COURT
MAR - 7 2011
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br>PLAINTIFF<br>v.<br><br>Philip Gareth West<br><br>DEFENDANT(S). | CASE NUMBER<br><br>11-480 MJ<br><br>ORDER OF TEMPORARY DETENTION<br>PENDING HEARING PURSUANT<br>TO BAIL REFORM ACT |
|---|---|

   Upon motion of ___defendant___, IT IS ORDERED that a detention hearing
is set for ___March 11, 2011___, _____, at __1:00__ ☐ a.m. / ☒ p.m. before the
Honorable ___Jacqueline Chooljian___, in Courtroom ___341 Royal___.

   Pending this hearing, the defendant shall be held in custody by the United States Marshal or
_____ and produced for the hearing.
                (Other custodial officer)

Dated: __3/7/11__                     _____
                                       U.S. District Judge/Magistrate Judge

---

ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT
CR-66 (10/97)                                                           Page 1 of 1